UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:16-CV-00519-SCB-MAP

XL Specialty Insurance Co. & Aspen
Specialty Insurance Co. et al.,

PLAINTIFF,

VS.

William Joule Marine Transport, Inc.,
______________________________________/

**MEDIATOR'S REPORT**

In accordance with the Court's mediation order, a mediation conference was held on November 8, 2016. Plaintiff and his trial counsel and Defendant's representative and trial counsel attended and participated.

The parties have reached a settlement.

Signed this 10th day of November 2016.

Respectfully submitted,

/s/ Jacob J. Munch
JACOB J. MUNCH, ESQUIRE
MUNCH AND MUNCH, P.A.
600 S. Magnolia Avenue – Suite 325
Tampa, Florida 33606
Phone:(813)254-1557
Fax:(813)254-5172
Florida Bar Number 376523
Mediator Number 23962R
sealaw@tampabay.rr.com

cc: Counsel of Record